NUMBER
13-10-00656-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

WILLIAM
GEORGE VAUGHAN,                                                  Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 103rd District Court

                                      of
Cameron County, Texas.

____________________________________________________________

 

                                  MEMORANDUM OPINION

 

                          Before
Justices Garza, Vela, and Perkes

                               Memorandum
Opinion Per Curiam

 








Appellant,
William George Vaughan, by and through his attorney, has filed a motion to dismiss
his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 

PER CURIAM

 

Do not publish.

See Tex.
R. App. P. 47.2(b).  

Delivered and filed the

14th day of April, 2011.